Alex L. Fugazzi
Nevada Bar No. 9022
Joshua D. Cools
Nevada Bar No. 11941
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV  89169
Telephone:  (702) 784-5200
Facsimile:  (702) 784-5252
Email: afugazzi@swlaw.com
Email: jcools@swlaw.com

Attorneys for Defendant
COLORADO CASUALTY INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID CRANMER,<br><br>             Plaintiff,<br><br>vs.<br><br>COLORADO CASUALTY INSURANCE COMPANY and DOES I – V and ROE CORPORATIONS I – V, inclusive,<br><br>             Defendants. | CASE NO.: 2:14-cv-00645-MMD-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff DAVID CRANMER and Defendant COLORADO CASUALTY INSURANCE COMPANY, by and

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

through their respective counsel of record, that the above matter be dismissed in its entirety, with prejudice, with each party to bear its own costs and attorneys' fees.

DATED this 17th day of June, 2015.

SNELL & WILMER L.L.P.

By: _____
Alex L. Fugazzi
Nevada Bar No. 9022
Joshua D. Cools
Nevada Bar No. 11941
3883 Howard Hughes Pkwy., Ste. 1100
Las Vegas, NV 89169

Attorneys for Defendant
COLORADO CASUALTY
INSURANCE COMPANY

DATED this 17 day of June, 2015.

CHRISTENSEN LAW OFFICES, LLC

By: _____
Thomas Christensen
Nevada Bar No. 2326
Kurt D. Anderson
Nevada Bar No. 0093
Dawn Allysa Hooker
Nevada Bar No. 7019
1000 S. Valley View Blvd.
Las Vegas, NV 89107

Attorneys for Plaintiff
DAVID CRANMER

**ORDER**

IT IS SO ORDERED.

DATED this 18th day of June, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE

Prepared and Submitted by:
SNELL & WILMER L.L.P.

_____
Alex L. Fugazzi
Nevada Bar No. 9022
Joshua D. Cools
Nevada Bar No. 11941
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

Attorneys for Defendant
COLORADO CASUALTY
INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** by the method indicated below:

| | | | |
|---|---|---|---|
| XXXXX | Electronic Service (CM/ECF) | _____ | Federal Express |
| _____ | U.S. Mail | _____ | U.S. Certified Mail |
| _____ | Facsimile Transmission | _____ | Hand Delivery |
| _____ | Email Transmission | _____ | Overnight Mail |

and addressed to the following:

Thomas Christensen
Nevada Bar No. 2326
Kurt D. Anderson
Nevada Bar No. 0093
Dawn Allysa Hooker
Nevada Bar No. 7019
CHRISTENSEN LAW OFFICES, LLC
1000 S. Valley View Blvd.
Las Vegas, NV 89107
Telephone: (702) 216-1471
Facsimile: (702) 870-6152
Attorneys for Plaintiff
DAVID CRANMER

DATED this 17th day of June, 2015.

/s/ Toni M. Stephenson
An Employee of Snell & Wilmer L.L.P.

21882527

- 3 -